**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHRISTOPHER ALEXANDER                                                                    PLAINTIFF

v.                                         No. 5:11CV00246 JLH-JJV

SUSAN POTTS, Jail Administrator,
Drew County Detention Center                                                             DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 3rd day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE